Robert DODSON, Plaintiff–Appellant,

v.

**WESTERN INVESTMENT REAL ESTATE TRUST, Defendant–Appellee.**

No. 03–16047.

United States Court of Appeals, Ninth Circuit.

Argued and Submitted Nov. 2, 2004.

Decided Nov. 5, 2004.

Before CANBY, RYMER, and HAWKINS, Circuit Judges.

MEMORANDUM *

The district court did not err in finding that Pan Pacific did not control the disputed strip of land in such a way that would subject it to liability under the Americans with Disabilities Act.

AFFIRMED.

---

** This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as provided by Ninth Circuit Rule 36–3.

* This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as provided by Ninth Circuit Rule 36–3.